IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Crim. No. 1:11-cr-10010-JDB-1
                                                          Civ. No. 1:16-cv-01167-JDB-jay

DALTON ERIC CRUTCHFIELD,

    Defendant.
_____

ORDER GRANTING MOTION OF UNITED STATES
TO REINSTATE DEFENDANT'S ORIGINAL SENTENCE
_____

      Before the Court is the September 30, 2019, motion of the United States to reinstate Defendant, Dalton Eric Crutchfield's, original sentence. (No. 11-cr-10010-1, Docket Entry "D.E." 74.) This Court granted relief to Crutchfield pursuant to 28 U.S.C. § 2255 based on the decision in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017) (*Stitt I*). (No. 16-cv-01167, D.E. 9.) On November 3, 2017, an amended criminal judgment was entered, reducing Defendant's sentence to time served, and the United States appealed. (No. 11-cr-10010-1, D.E. 45.) Subsequently, in *United States v. Stitt*, 139 S. Ct. 399 (2018) (*Stitt II*), the Supreme Court reversed the Sixth Circuit's decision in *Stitt I*. On August 26, 2019, the Court of Appeals reversed the grant of relief under § 2255 pursuant to *Stitt II* and remanded this case with instructions to reinstate Crutchfield's original sentence. *Crutchfield v. United States*, Nos. 17-6358/6360 (6th Cir. Aug. 26, 2019). The mandate issued on September 26, 2019.

      Accordingly, the Government's motion is GRANTED. In light of the limited nature of the remand, solely for the purpose of reinstating the original sentence, no hearing is necessary. In

accordance with the Court of Appeals' order, the Clerk of Court is DIRECTED to enter a second amended criminal judgment reinstating Defendant's original sentence of 180 months in the custody of the Bureau of Prisons and a 4-year term of supervised release.

IT IS SO ORDERED this 21st day of November 2019.

                                                     s/ J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE